THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY LAUTNER, Respondent, *v.* JOSEPH A. WARREN, as Police Commissioner of the City of New York, Appellant.

Argued May 28, 1929; decided June 13, 1929.)

*Arthur J. W. Hilly,* Corporation Counsel (*Henry J. Shields* and *J. Joseph Lilly* of counsel), for appellant.

*Albert Conway* and *John P. McGrath* for respondent.

Order affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.